| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MICHAEL EVANS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00327-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: June 27, 2019 |
| MICHAEL EVANS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Michael Evans, that the status conference hearing currently scheduled for May 16, 2019, at 10:00 a.m. be continued to June 27, 2019, at 10:00 a.m.

A status conference was held in this matter on April 11, 2019. At the time, defense counsel had only recently been assigned to the matter. A further status conference hearing was set for May 16, 2019. The defense is requesting this continuance because the defense requires additional time to conduct further investigation and to gather information relevant for plea negotiation purposes. The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court.

The requested date is a mutually agreeable date for both parties.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: May 8, 2019                    /s/ Michael Tierney
                                        MICHAEL TIERNEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 8, 2019                    /s/ Reed Grantham
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL EVANS


## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Thursday, May 16, 2019 at 10:00 a.m. be continued to Thursday, June 27, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**May 9, 2019**__

                                        UNITED STATES MAGISTRATE JUDGE