1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  REED GRANTHAM, SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MICHAEL M. EVANS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL M. EVANS,<br><br>Defendant. | Case No. 1:17-po-00327-SAB<br><br>STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE AND TO VACATE JUNE 27, 2019 STATUS CONFERENCE; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Michael M. Evans, that this case may be resolved by payment of a fixed-sum in lieu of Mr. Evans's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

On January 15, 2019, Mr. Evans contacted the Clerk's Office and placed this matter on calendar to recall a warrant that had been issued in this case. On February 21, 2019, Mr. Evans made his initial appearance and the warrant was recalled. At the time, Mr. Evans was represented by Assistant Federal Defender Hope Alley. On February 27, 2019, Assistant Federal Defender Erin Snider was assigned to represent Mr. Evans. On April 9, 2019, the matter was assigned to undersigned counsel.

A status conference was held on April 11, 2019, with undersigned counsel and Mr. Evans

present. A further status conference was set for May 16, 2019. While investigating the case, undersigned counsel sent several requests for medical and mental health records relevant for plea negotiation purposes. On May 9, 2019, because counsel had not yet received the medical and mental health records, the parties filed a joint stipulation to continue the status conference to June 27, 2019. On June 10, 2019, counsel received the medical and mental health records responsive to counsel's requests. On June 21, 2019, undersigned counsel provided the relevant records to the government.

The parties have agreed to fixed-sum payment in lieu of appearance in light of extensive medical and mental health records provided to the government that mitigate the charged offense conduct. Mr. Evans is prepared to pay the $250.00 forfeiture amount as well as the $30.00 processing fee upon reissuance of the citation. Accordingly, the parties agree that the June 27, 2019 status conference may be vacated.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date:  June 25, 2019         */s/ Jeffrey Spivak*
                             JEFFREY SPIVAK
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender

Date: June 25, 2019          */s/ Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             MICHAEL M. EVANS

# **O R D E R**

**IT IS SO ORDERED.** The Court hereby denies the parties' joint request to resolve this matter by payment of a fixed-sum in lieu of Defendant Michael M. Evans's appearance. The Government is proceeding on a criminal complaint to which a payment of a fixed-sum is not available. (ECF No. 5); See Fed. R. Crim. P. 58(d). In addition, the original violation notice was a mandatory appearance which did not afford for payment of a fixed-sum in lieu of appearance. The status conference remains the same and the defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __**June 25, 2019**__

UNITED STATES MAGISTRATE JUDGE