| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MICHAEL EVANS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00327-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: October 17, 2019 |
| MICHAEL EVANS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Michael Evans, that the status conference hearing currently scheduled for September 19, 2019, at 10:00 a.m. be continued to October 17, 2019, at 10:00 a.m.

A status conference was held in this matter on June 27, 2019. At the hearing, the parties informed the Court that the parties had reached a resolution in this case. As part of the resolution, the government agreed that it would dismiss the pending complaint and mandatory citation and re-issue the citation as a bailable citation, so long as Mr. Evans would agree to pay the bailable amount, including the processing fee, for a total of $280. At the conclusion of the hearing, the parties set a further status conference to verify that the citation had been received, that it had been

processed by the Central Violations Bureau (CVB), and that Mr. Evans had paid the citation.

Undersigned counsel has provided the government documentation confirming that on September 16, 2019, Mr. Evans mailed a check for the full amount of the citation to the CVB processing address in San Antonio, Texas. As of the date of this filing, the check has not been processed, but it is expected to post as late this week or early next week. In order to provide sufficient time for the payment to be processed by CVB, the parties request that this matter be continued to the Court's next state conference date of October 17, 2019, at 10:00 a.m. As soon as the check is processed, the parties anticipate filing a stipulation to dismiss this matter and to vacate the October 17, 2019 status conference date proposed herein. The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: September 17, 2019  /s/ William Taylor
WILLIAM TAYLOR
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 17, 2019  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL EVANS

**O R D E R**

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Thursday, September 19, 2019 at 10:00 a.m. be continued to Thursday, October 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**September 17, 2019**__

UNITED STATES MAGISTRATE JUDGE