| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | WILLIAM B. TAYLOR<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL M. EVANS<br><br>Defendant. | Case No. 1:17-po-00327-SAB<br><br>[Citation #6044413 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00327-SAB [Citation #6044413 CA/74] against MICHAEL M. EVANS., without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 26, 2019        Respectfully submitted,

                                            McGREGOR W. SCOTT<br>
                                            United States Attorney

By:    /s/ William B. Taylor<br>
       WILLIAM B. TAYLOR<br>
       Special Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case No. 1:17-po-00327-SAB [Citation #6044413 CA/74] against MICHAEL M. EVAN. be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**September 27, 2019**__

UNITED STATES MAGISTRATE JUDGE